EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re:<br><br>Extensión de Términos por motivo de la concesión de la mañana del 24 de diciembre de 2010 y de los Días 31 de diciembre de 2010 y 7 de enero de 2011 | 2010 TSPR 228<br><br>180 DPR \_\_\_\_ |

Número del Caso: EM-2010-9

Fecha: 17 de diciembre de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo de la concesión
de la mañana del 24 de
diciembre de 2010 y de los
días 31 de diciembre de 2010
y 7 de enero de 2011

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de diciembre de 2010.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del viernes 24 de diciembre de 2010 sin cargo a vacaciones, y los días 31 de diciembre de 2010 y 7 de enero de 2011, libres con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán los días 24 de diciembre de 2010, 31 de diciembre de 2010 y 7 de enero de 2011, como días feriados. Cualquier término a vencer el viernes 24 de diciembre de 2010, se extenderá hasta el lunes 27 de diciembre de 2010; cualquier término a vencer el 31 de diciembre de 2010, se extenderá hasta el 3 de enero de 2011, y cualquier término a vencer el 7 de enero de 2011, se extenderá hasta el próximo día laborable, martes 11 de enero de 2011.

Se ordena la inmediata difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo